IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON PAUL BOUDREAUX,
 Petitioner,

vs.           Case No. 3:12cv197/LAC/CJK

MICHAEL D. CREWS,
 Respondent.
_____

O R D E R

  This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 25, 2013. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

  Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The respondent's motion to dismiss (doc. 16) is GRANTED.

  3. The petition for writ of habeas corpus (doc. 4), challenging petitioner's judgment of conviction and sentences in *State of Florida v. Jason Paul Boudreaux*

in the Circuit Court for Escambia County, Florida, Case No. 05-2770 is DISMISSED WITH PREJUDICE, and the clerk is directed to close the file.

    3.    A certificate of appealability is DENIED.

DONE AND ORDERED this 11th day of April, 2013.

                  s/*L.A. Collier*
                  LACEY A. COLLIER
                  SENIOR UNITED STATES DISTRICT JUDGE